Prado Uriel
67338-208
United States Penitentiary
3901 Klein BLVD
Lompoc, CA 93436

Petitioner/In Propria Persona

FILED
CLERK U.S. DISTRICT COURT
JUL 2 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA

DENIED
/s/ JFW 7/22/14

| | |
|---|---|
| Prado Uriel, <br> Petitioner, <br><br> VS. <br><br> United States of America, <br> Respondent, | Case #CR11-00896-JFW <br><br> MOTION FOR THE FINAL DISPOSITION OF PROBATION WAIVER OF APPEARANCE, RIGHT TO AN ATTORNEY AND ANNULMENT OF ANY WARRANT AND/OR DETAINER |

COMES NOW, Prado Uriel, hereinafter to refer as Petitioner. Petitioner being layman in law. But Proceeding Pro'se, Hereby moves this Honorable Court for an **ORDER TO GRANT** this motion for **FINAL DISPOSITIN OF PROBATION, WAIVER OF APPEARANCE**, and the **RIGHT TO AN ATTORNEY** and further states and affirms to the following:

1. The Petitioner was placed on Probation by this Honorable Court for the following charges, Title 8, United States code (U.S.C), 1326 (b)(2), Reentry of Removed Alien.

2. This is to notify your court and the Probation office of Los Angeles, Calfornia of Petitioners current imprisonment within the Federal Bureau of Prisons at United States Penitentiary-Lompoc, 3901 Klein BLVD, Lompoc, CA 93436.

3. On the 13 day of March, 2013, the Petitioner was sentenced to a term of 24 months in federal prison, followed by 3 years of supervised release. See: (Exhibit-A)

(1)

4. The Petitioner due to his current imprisonment within the Federal Bureau of Prisons, is being adversely affected by this jurisdiction probation sentence and violation in the following ways:

A. Higher institutional custody score.

B. Certain Educational Programs offered.

C. My consideration for a lower security classification.

D. Petitioner was deported to Mexico on 11 day of March 2013. There petitioner was unable to consummate the aformentioned probation designated to him by this tribunal. All of these reasons are beneficial to this petitioners and to the general publics best interests.

5. Petitioner understands his rights, and waives the right to be further represented by an attorney regarding this case and the sentence imposed.

6. Petitioner further waives and gives up any rights to be personally present at anymore proceedings regarding this case.

7. The Petitioner humbly moves this Honorable Court to make a **FINAL DISPOSITION** of the probation that was previously granted to him by the court, and execute sentence at this time, in the event a sentence was previously imposed and executed thereof suspended, and have sentence run **CONCURRENT** with his Federal Sentence.

Petitioner further requests for the Clerk of the Court to forward a copy of the Courts ultimate disposition of this matter to him or Prison authorities here at the United States Penitentiary-Lompoc, 3901 Klein BLVD, Lompoc, CA 93436.

Wherefore, with good cause showing, Petitioner request that this Honorable court **RESCIND** any and all warrants or **DETAINER** that may be lodged against the Petitioner by the Probation Office. And any relief as the court deems just and proper on the circumstances.

(2)

Respectfully submitted this /6 day of Jul 2014.

*[signature]*
Petitioner, In Pro'se

#67338-208
Reg#

## Page 1

**Department of Justice**
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**
**Current Program Review: 07-02-2014**

| Name: | PRADO, ARIEL | Institution: | LOMPOC USP |
| --- | --- | --- | --- |
| Register Number: | 56338-208 | | 3901 KLEIN BLVD |
| Security/Custody: | MEDIUM/IN | | LOMPOC, CA 93436 |
| Projected Release: | 12-08-2014 / GCT-REL | Telephone: | (805) 735-2771 |
| | | Fax: | 805-736-1292 |

| Next Review Date: | 09-29-2014 | Driver's License/State: | / |
| --- | --- | --- | --- |
| Next Custody Review Date: | 02-05-2015 | FBI Number: | 572041PB6 |
| Age/DOB/Sex: | 30 / 08-14-1983 / M | DCDC Number: | |
| CIM Status: | N | INS Number: | 95254571 |
| | | PDID Number: | |
| | | Other IDs: | |

| Release Residence: | ICE, Detaining Authority | Release Employer: | [Name] |
| --- | --- | --- | --- |
| Telephone: | MX [Phone] | Contact: | [Address] |
| | | Telephone: | [POC] |

| Primary Emergency Contact: | Maria Prado, Mother | Secondary Emergency: | Kathy Campos, Sister |
| --- | --- | --- | --- |
| Telephone: | [Address] (385) 201-8154 | Contact: | [Address] |
| | | Telephone: | (801) 602-4385 |

**Mentor Information:**

**Controlling Sentence Information:**

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Offenses/Violator Offenses | Days GCT/EGT/SGT | Sentence | FSGD/WSG/10GCT | Days | Sentencing Province | Parole Status | Supervision Term |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 08-05-2013 | 1 YEARS 3 MONTHS 20 DAYS / 145/ 0 | | 94 / 0 / 0 | 24 MONTHS | | 0 / 0 / 0 | 3559 PLRA SENTENCE | | NOT APPLICABLE |

**Detainers**

| Org | Authority | Charge #1 | Charge #2 | Charge #3 |
| --- | --- | --- | --- | --- |
| INS | US INS-DET/N#95254571 | | | |
| USM | US MARSHALS | CASE # CR 11-00896-JFW VIOLATION OF PROBATION | | |

| Special Parole Term: NOT ENTERED | Hearing Date: | |
| --- | --- | --- |
| Pending Charges: None Known | Hearing Type: | |
| Cim Status: N | Last USPC Action: | NOT ENTERED |
| | Cim Reconciled: N/A | |

| Financial Responsibility | Imposed | Balance | Case No/Court of Jurisdiction | Assign/Schedule Payment |
| --- | --- | --- | --- | --- |
| ASSESSMENT USDC | $100.00 | $0.00 | CR 11-896-JFW / CALIFORNIA, CENTRAL DISTRICT | FINANC-RESP-COMPLETED $25.00 QUARTERLY |

| Financial Plan Active: | N | Comm Dep-6 mos: | $745.90 |
| --- | --- | --- | --- |
| Financial Plan Date: | 01-24-2012 | Commissary Balance: | $123.38 |

**Payments**

---

## Page 2

**Department of Justice**
**INMATE SKILLS DEVELOPMENT PLAN**

**Federal Bureau of Prisons**
**PROGRAM REVIEW: 07-02-2014**

| Commensurate: | Y |
| --- | --- |
| Missed: | N |

Judicial Recommendations: none / none / None

| Special Conditions of Supervision: | SEE J&C |
| --- | --- |

| USPO Sentencing: | David J. Sultzbaugh, Chief California Southern Probation Office AT&T Building 101 West Broadway Suite 700 San Diego, CA 92101 | USPO Relocation: | [POC] [District] [Street Address/Suite] [City], [State] [Zip] |
| --- | --- | --- | --- |
| Phone/Fax: | 619-557-5510 / 619-557-6138 | Phone/Fax: | [Phone] / [Fax] |

Subject to 18 U.S.C. 4042(B) Notification: N    DNA Required: N    Treaty Transfer Case: Y - 01-10-2012

**Profile Comments:**

**EDUCATION DATA**

| Facility | Assignment | Description |
| --- | --- | --- |
| LOM | ESL HAS | ENGLISH PROFICIENT |
| LOM | GED EARNED | GED EARNED IN BOP |

**COMPLETED EDUCATION COURSES**

| Course Description | Start Date | Stop Date | Course Hours |
| --- | --- | --- | --- |
| CCL BUSINESS 110 | 05-15-2014 | 12-26-2013 | 0 |
| CCL BUSINESS 100 | 05-15-2014 | 01-10-2013 | 0 CURRENT |
| ACE POWER BASICS COMPOSITION | 02-27-2014 | | 0 |
| ESL 1:00-3:00 PM | 12-26-2013 | | 60 |

**HIGHEST SCORES**

| Test | Student | Score | Test Date | Test Fxd | From | State |
| --- | --- | --- | --- | --- | --- | --- |
| CASAS | READ PLACE | 225.00 | 11-12-2013 | LOM | 2 | |
| CASAS | READ CERT | 238.00 | 12-26-2013 | LOM | 523 | |
| CASAS | LIST PLACE | 225.00 | 11-12-2013 | LOM | 2 | |
| CASAS | LIST LEV B | 219.00 | 12-20-2013 | LOM | L-54 | |
| CASAS | AVERAGE | 484.00 | 11-15-2012 | LOM | PASS | |
| GED | LIT/ARTS | 470.00 | 05-21-2012 | LOM | IG | |
| GED | MATH | 500.00 | 05-21-2012 | LOM | IG | |
| GED | SCIENCE | 470.00 | 05-21-2012 | LOM | IG | |
| GED | SOC STUDY | 540.00 | 05-21-2012 | LOM | IG | |
| GED | WRITING | 440.00 | 11-15-2012 | LOM | IJ | |
| GED PRAC | SOC STUDY | 510.00 | 03-27-2012 | LOM | PC | |



Uriel Prado #67338-208
United States penitentiary
3901 Klin Blvd.
Lompoc CA 93436

Legal Mail

JFW

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 18 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

⇔67338-208⇔
United States Court House
312 N. Spring St. Room G-8
LOS Angeles, CA 90012-4701
United States