1

FILED
CLERK, U.S. DISTRICT COURT

2

3

JAN - 2 2015

4

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

13

14

15  UNITED STATES OF AMERICA,                )   11 CR 896 - JFW

16                          Plaintiff,        )   ORDER OF DETENTION AFTER
                                             )   HEARING (Fed.R.Crim.P. 32.1(a)(6)
17          v.                               )   Allegations of Violations of Probation/
                                             )   Supervised Release Conditions)
18  JOSE PRADO aka Uriel Prado               )
                                             )
19  _____Defendant.        )

20          On arrest warrant issued by a United States District Court involving alleged

21  violations of conditions of probation or Supervised Release,

22          The court finds no condition or combination of conditions that will

23  reasonably assure:

24          (A)    (✓)    the appearance of defendant as required; and/or

25          (B)    (✓)    the safety of any person or the community.

26  //

27  //

28

The court concludes:

A. (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he is not a significant danger to the community due to his unknown background and prior criminal history.

(B) (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he is not a flight risk due to his lack of bail resources, unknown background, and alleged presence in the United States illegally.

IT IS ORDERED that defendant be detained.

DATED: 1/2/2015

HON. PATRICK J. WALSH   JOHN   McDERMOTT
UNITED STATES MAGISTRATE JUDGE